UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MIGUEL MARTINEZ,

        Plaintiff(s),                      Case No. 12-15306

v.                                                  Judge  Gerald E. Rosen

LLOYD RAPELJE,                       Magistrate Judge

        Defendant(s).
_____/

### NOTICE OF CORRECTION

Docket entry number __11__, filed __October 07, 2014__, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [x] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Julie Owens__ at __(313) 234-5137__.

DAVID J. WEAVER, CLERK OF COURT

Dated: October 7, 2014                        s/Julie Owens
                                                                  Deputy Clerk